# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3705

_____

United States of America,       *
      *
         Appellee,       *    Appeal from the United States
      *    District Court for the District
   v.       *    of Nebraska.
      *
Pebbles A. Graham,       *       [UNPUBLISHED]
      *
         Appellant.       *

_____

Submitted: July 6, 2001

Filed:  July 20, 2001

_____

Before LOKEN, FAGG, and BYE, Circuit Judges.

_____

PER CURIAM.

Pebbles A. Graham pleaded guilty to attempting to manufacture methamphetamine, and the district court sentenced Graham to 46 months imprisonment and four years supervised release. In a brief filed under Anders v. California, 386 U.S. 738 (1967), counsel challenges the sentence imposed by the district court. Counsel contends the district court erroneously calculated the applicable Guidelines range. We disagree. Graham stipulated to the base offense level applied to her, see United States v. Nguyen, 46 F.3d 781, 783 (8th Cir. 1995) ("A defendant who explicitly and

voluntarily exposes himself to a specific sentence may not challenge that punishment on appeal."), and she received all the other sentence adjustments she requested.

Having reviewed the record in keeping with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and finding no nonfrivolous issues, we grant counsel's motion to withdraw, deny Graham's motion for new counsel, and affirm the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.